LINDSAY v. DOUGLAS COUNTY.

(Opinion filed August 29, 1900.)

Appeal from circuit court, Douglas county. Hon. E. G. SMITH, Judge.

Action by J. W. Lindsay against Douglas county. From an order overruling a demurrer to the complaint, defendant appeals. Affirmed.

*John T. Mathews,* for appellant.

*J. W. Lindsay,* and *E. P. Wanzer,* for respondent.

FULLER, P. J.   On appeal from an order overruling a de-
murrer to the complaint in the action of Thomas v. Douglas Co.
(decided at this term) 13 S. D. 520, 83 N. W. 580, every question
here presented on a state of facts identical with that was dis-
posed of, and for the reasons there given the present order,
overruling a demurrer to the complaint, from which this ap-
peal was taken, is affirmed.